Opinion filed February 14, 2008 











 
 
  
 
 







 
 
  
 
 




Opinion filed February 14,
2008 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                   __________

 

                                                          No. 11-08-00001-CV

                                           __________

 

                          SECURITY BANK OF CRAWFORD, Appellant

 

                                                             V.

 

                     EAGLE
CONSTRUCTION AND ENVIRONMENTAL 

  
SERVICES, L.P., Appellee

 



 

                                          On
Appeal from the 91st District Court

 

                                                        Eastland
County, Texas

 

                                             Trial
Court Cause No. CV-07-40705

 



 

                                             M
E M O R A N D U M   O P I N I O N

Security
Bank of Crawford has filed in this court a motion to dismiss its appeal.  In
its motion, the bank states that all issues have been resolved.   The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

February 14,
2008

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.